**JEFFREY KORN, SBN 150978**
**E-Mail: jeff@matison-margolese.com**
**MATISON & MARGOLESE, ALC**
**9150 WILSHIRE BLVD. SUITE 241**
**BEVERLY HILLS, CALIFORNIA  90212**
**TELEPHONE (310) 288-0736**
**FAX (310) 288-9771**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH  JONES, ROBERT JONES | Case No. CV08-07444-AHM(AJWx) |
| Plaintiffs, | ORDER |
| vs. | |
| THE COUNTY OF LOS ANGELES, DAVID PATTERSON, JOHN COFFEEN, MICAH CURRADO | |
| Defendants. | |

PURSUANT TO THE STIPULATION OF COUNSEL FOR ALL

PARTIES, THE FOLLOWING ORDER IS MADE:

1.  The jury trial of the above entitled matter is taken off calendar.

2.  The attorneys for all parties are to promptly and with due diligence take

steps necessary to attempt to complete the tentative settlement.   All parties are

aware the settlement is contingent upon approval by the Los Angeles County

Board of Supervisors.

//
//
//
//

1

3.  The matter is dismissed in its entirety.  Plaintiffs shall promptly and with due diligence petition the court for reinstatement of the case and resetting of jury trial upon learning of a rejection of the settlement  by the Los Angeles County  Board of Supervisors, or if settlement is not approved and completed within ninety (90) days of this order.

DATED: November 20, 2009

By: _____

**JS-6**                                   JUDGE OF THE UNITED STATES
                                           DISTRICT  COURT